AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Anthony E. Gause, *as Personal Representative of the Estate of Anthony Gause*; Anthony E. Gause, *as Personal Representative of the Estate of Karen C. Gause*,<br>*Plaintiff*<br>v.<br>Metropolitan Life Insurance Company,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  4:25-cv-03910-JD<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

✔ other: This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who grants Defendant's Motion to Dismiss.

Date: December 17, 2025

Robin L. Blume
*CLERK OF COURT*

s/L. Gibbons

*Signature of Clerk or Deputy Clerk*